RECEIVED
IN ALEXANDRIA, LA
JUN 1 6 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| EDWARD MURPHY | CIVIL ACTION NO. 05-2175-A |
|---|---|
| -vs- | JUDGE DRELL |
| TIM WILKINSON, ET AL. | MAGISTRATE JUDGE KIRK |

## ORDER

In view of the objections to the Report and Recommendation filed on April 24, 2006 and the pending Motion for Leave to Amend Complaint (Doc. 21):

IT IS HEREBY ORDERED that this matter is referred back to the United States Magistrate Judge James D. Kirk for a supplemental Report and Recommendation and for conducing all necessary proceedings incidental thereto.

SIGNED on this 16 day of June, 2006, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE