UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| EDWARD MURPHY | CIVIL ACTION NO. 05-2175-A |
|---|---|
| -vs- | JUDGE DRELL |
| TIM WILKINSON, et al. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections to the report and recommendation, and having determined the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's requests for temporary restraining order and preliminary injunction [Doc. No. 12] are DENIED.

SIGNED on this 23rd day of August, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge