RECEIVED
IN ALEXANDRIA, LA

SEP 15 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| Edward Murphy | DOCKET NO. 1:05 cv 2175 |
| | SECTION P |
| VS. | JUDGE D. DRELL |
| TIM WILKINSON, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for writ of *habeas corpus* (28 U.S.C. §2241) be **DENIED** and **DISMISSED** with prejudice.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this __14th__ day of __September__, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE